# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____  CIVIL ACTION NO. 1:05-cv-12236-JLT
)
**RALPH J. CIMON, III** )
    Plaintiff, )
)
    v. )
)
**BERKSHIRE LIFE INSURANCE et al** )
    Defendants )
_____)

## STIPULATION OF DISMISSAL

The Plaintiff, Ralph J. Cimon, III, and the Defendant, Christopher Gaffney, hereby stipulate, pursuant to Fed. R. Civ. P. 41(1)(1), that this action be dismissed with prejudice and without costs or interest.  This Stipulation is entered into as part of the terms of the Settlement negotiated between the parties.

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By his Attorney, | By his Attorney, |
| | |
| /s/   C. Donald Briggs III | /s/   James S. Robbins |
| C. Donald Briggs, III | James S. Robbins, Esquire |
| Briggs & Counsel | 6 Beacon Street |
| 815 Commercial Street | Boston, MA  02108 |
| Rockport, ME  04856 | Tel: (617) 227-7541 |
| Tel:  207.236.0715 | BBO# 421880 |
| BBO# 057080 | |